**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Siaosilepelenise L Tuaimalo, | No. CV-23-01948-PHX-DJH |
| Petitioner, | **ORDER** |
| v. | |
| Russell Heisner, et al., | |
| Respondents. | |

On February 5, 2024, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") recommending that Petitioner Siaosilepelenise Tuaimalo's Petition Under 28 U.S.C. § 2241 ("Petition") (Doc. 1) be denied, and the matter dismissed with prejudice. (Doc. 11). Judge Bachus advised the parties that they had fourteen days to file objections and that the failure to timely do so "may result in the acceptance of the Report and Recommendation by the district court without further review." (*Id.* at 7) (citing *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). Over fourteen days have passed and neither party has filed an objection.

Absent any objections, the Court is not required to review the findings and recommendations in the R&R. *See Thomas*, 474 U.S. at 149 (noting that the relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1), "does not on its face require any review at all . . . of any issue that is not the subject of an objection."); *Reyna-Tapia,* 328 F.3d at 1121 (same); Fed.R.Civ.P. 72(b)(3) ("The district judge must

determine *de novo* any part of the magistrate judge's disposition that has been properly objected to.").

Nonetheless, the Court has reviewed Judge Bachus's R&R and agrees with its findings and recommendations. The Court will, therefore, accept the R&R and dismiss the Petition. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 11) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall terminate this action and enter judgment accordingly.

Dated this 24th day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge

- 2 -